SEALED DOCUMENT PURSUANT
TO E-GOVERNMENT ACT OF 2002

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

FILED
2007 JAN 23 PM 3:21
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RUDY RODRIGUEZ, a/k/a GANGSTER, <br><br> Defendant. | CRIMINAL NO. SA07CR029 RF <br><br> **INDICTMENT** <br><br> [Vio: 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm] |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[18 U.S.C. § 922(g)(1)]**

That on or about April 4, 2005, in the Western District of Texas, Defendant,

**RUDY RODRIGUEZ, a/k/a GANGSTER,**

having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to-wit: a Colt, Model M19A1, .45 caliber handgun, bearing serial number CV12689, in violation of Title 18, United States Code, Section 922(g)(1);

A TRUE BILL

_____
FOREPERSON

JOHNNY SUTTON
United States Attorney

By: /s/ _____
JOEY CONTRERAS
Assistant United States Attorney