**U.S. Department of Justice**
*United States Attorney*

FILED
2007 JAN 23 PM 3:22
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT COURT
BY _____ DEPUTY CLERK

# United States District Court
## Western District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | SA07CR029 RF |
| V. ) | |
| ) | |
| RUDY RODRIGUEZ aka GANGSTER ) | |

### ORDER FOR BENCH WARRANT

It appearing to the Court than an Indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, returnable instanter to the San Antonio Division of this Court.

**Defendant**

RUDY RODRIGUEZ aka GANGSTER

ENTERED at San Antonio, Texas, this __23RD__ day of __JANUARY__, 2007.

_____
UNITED STATES MAGISTRATE/~~DISTRICT~~ JUDGE

If the Defendant is arrested outside the Western District of Texas, the United States Attorney for the Western District of Texas recommends that Rudy Rodriguez, aka Gangster be detained without bond after a hearing.

BENCHWAR.FRM