CLERK'S COPY

AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Western__ District of __Texas__

UNITED STATES OF AMERICA

V.

RUDY RODRIGUEZ
a/k/a "GANGSTER"

**WARRANT FOR ARREST**

Case Number: SA-07-CR-029-RF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __RUDY RODRIGUEZ__
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with   (brief description of offense)
FELON IN POSSESSION OF A FIREARM.

in violation of Title __18__ United States Code, Section(s) __922 (g)(1)__

| | |
|---|---|
| Honorable: John W. Primomo | Signature of Issuing Officer  Wayne Garcia |
| Name of Issuing Officer | |
| U.S. Magistrate Judge | 1/24/2007                            San Antonio, TX |
| Title of Issuing Officer | Date                    Location |

RECEIVED
USMS W/TX (80)
JAN 2 4 2007
WARRANTS
SAN ANTONIO

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |