UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Filed __2-19-08__
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Cause No.: SA:07-CR-00029(1)-WRF |
| | § | |
| (1) Rudy Rodriguez | § | |
| Defendant | | |

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT
## AND ENTRY OF PLEA OF NOT GUILTY
## ~~WAIVER OF MINIMUM TIME TO TRIAL~~

NOW COMES Defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

1) Defendant has received a copy of the indictment or information in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his/her Constitutional rights, after being advised of all the above by his/her attorney.

2) Defendant understands he/she has the right to appear personally with his/her attorney before a Judge for arraignment in open Court on this accusation. Defendant further understands that, absent the present waiver, he/she will be so arraigned in open Court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the indictment or information, and, by this instrument, tenders his/her plea of "not guilty." The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

I UNDERSTAND, UNLESS OTHERWISE ORDERED BY THE COURT, I MUST FILE ANY PRETRIAL MOTION (CITING LEGAL AUTHORITY UPON WHICH I RELY AND A PROPOSED ORDER) WITHIN TEN (10) DAYS AFTER ARRAIGNMENT, OR, IF I HAVE WAIVED ARRAIGNMENT, WITHIN TEN (10) DAYS AFTER THE LATEST SCHEDULED ARRAIGNMENT DATE. SEE LOCAL CRIMINAL RULES CR-12 AND CR-47.

_19 FEB 2008_
Date

_ROBERT H. FEATHERSTON_
Name of Attorney for Defendant

_210 P38 FS82_
Telephone

_(1) Rudy Rodriguez, Defendant_
_[signature]_
Signature of Attorney for Defendant

Address: _405 N ST MARY'S_
_SAN ANTONIO TX 78205_

### ORDER

APPROVED by the Court. A plea of **"NOT GUILTY"** is entered for Defendant effective this date.

_2-19-08_
Date

_[signature]_
District Judge/Magistrate Judge

---

ALL WAIVER FORMS MUST BE FILED IN THE CLERK'S OFFICE NO LATER THAN 9:00 A.M. OF THE SCHEDULED DATE OF ARRAIGNMENT. IF A WAIVER FORM IS NOT SUBMITTED OR THE COURTROOM DEPUTY NOT NOTIFIED OF THE DEFENDANT'S INTENT TO WAIVE THE ARRAIGNMENT BY 9:00 A.M. (WITH WAIVER FORM SUBMITTED BY CLOSE OF BUSINESS THE DAY OF THE SCHEDULED ARRAIGNMENT), THE PARTIES MUST APPEAR FOR THE ARRAIGNMENT AS SCHEDULED.