AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Western__ District of __Texas__

UNITED STATES OF AMERICA

V.

RUDY RODRIGUEZ
a/k/a "GANGSTER"

**WARRANT FOR ARREST**

Case Number: SA-07-CR-029-RF

**FILED**

MAR - 7 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **RUDY RODRIGUEZ**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with   (brief description of offense)
**FELON IN POSSESSION OF A FIREARM.**

in violation of Title __18__ United States Code, Section(s) __922 (g)(1)__

Honorable: John W. Primomo         Signature of Issuing Officer  Wayne Garcia
Name of Issuing Officer

U.S. Magistrate Judge              1/24/2007              San Antonio, TX
Title of Issuing Officer            Date                  Location

RECEIVED
USMS W/TX (80)

JAN 2 4 2007

WARRANTS
SAN ANTONIO

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 01/24/2008 | NAME AND TITLE OF ARRESTING OFFICER  Jon ATF | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 02/19/2008 | | |