UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
APR - 4 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No:  SA-07-CR-029-RF |
| ) | |
| RUDY RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the court endorsed hereon, the United States Attorney for the Western District of Texas hereby dismisses the original Indictment on filed on January 23, 2007.  On January 25, 2008, the defendant was charged by information with conspiracy to violate the RICO statute (18 U.S.C. 1962) in cause number SA-08-CR-043.  Judicial economy would be better served by dismissal of the present cause.

Therefore, in the interest of justice in this case the Indictment against Rudy Rodriguez is dismissed without prejudice.

Respectfully submitted,

JOHNNY SUTTON
United States Attorney

By: _____
JOEY CONTRERAS
Assistant United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

Date: __04/04/08__     _____
ROYAL FURGESON
UNITED STATES DISTRICT JUDGE